UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

RICHARD GAIL HANSEN,

        Defendant.
_____/

No. 1:06-MJ-637

Hon. Hugh W. Brenneman, Jr.
U. S. Magistrate Judge

**ORDER FOR DISMISSAL**

The United States having filed a Motion to Dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court,

IT IS HEREBY ORDERED that the Complaint against Defendant is DISMISSED WITHOUT PREJUDICE.

Dated: April 19, 2007

        /s/ Hugh W. Brenneman, Jr.
Hon. HUGH W. BRENNEMAN, Jr.
United States Magistrate Judge
Western District of Michigan